**FILED**

Dec 30 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

JIMMY NGUYEN, ESQUIRE – State Bar #282045
LAW OFFICE OF JIMMY NGUYEN, APC
772 North 1st Street
San Jose, CA 95112
jimmy@lawjn.com
Telephone: (408) 645-0606

Attorneys for Plaintiff
JORGE FLORES


JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
PAIGE P. YEH, ESQUIRE – State Bar #229197
GOODMAN NEUMAN HAMILTON LLP
One Post Street, Suite 2100
San Francisco, California 94104
jgoodman@gnhllp.com; pyeh@gnhllp.com
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE FLORES,<br><br>                      Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC., a California Corporation; and DOES 1 through 100, inclusive,<br><br>                      Defendants. | Case No. 5:20-cv-05997-NC<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

Upon consideration of the Joint Stipulation For Dismissal With Prejudice entered into by Plaintiff Jorge Flores and Defendant Home Depot U.S.A., Inc., it is hereby ORDERED that:

The above action is dismissed with prejudice.

Each side shall bear its own attorneys' fees and costs.

-1-

1  IT IS SO ORDERED.

3  Dated:  December 30, 2020

   _____
   United States Magistrate Judge
   *GRANTED*
   Judge Nathanael M. Cousins

Goodman
Neuman
Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA
94104
Tel.: (415) 705-0400

-2-
ORDER TO DISMISS ACTION WITH PREJUDICE